IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ARTHUR RUGGLES,

    Petitioner,                   No. 2:11-cv-2624 KJN P

   vs.

MATTHEW CATE, Director,

    Respondent.              ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding without counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 15, 2011, respondent filed a motion to dismiss this action on the ground that it was filed beyond the statute of limitations. Petitioner has not filed an opposition to the motion.

        Although it appears from the file that petitioner's copy of recent court documents were returned,[1] petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written

---

[1] The first mail returned on December 14, 2011, was marked, "discharged." The second mail returned on December 14, 2011, was marked "paroled."

1

1  opposition or to file a statement of no opposition may be deemed a waiver of any opposition to
2  the granting of the motion . . . ."
3        Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause,
4  within thirty days, why his failure to oppose respondent's December 15, 2011 motion to dismiss
5  should not be deemed a waiver of any opposition to the granting of the motion, and he shall file
6  an opposition.  Petitioner is cautioned that failure to respond to the instant order, or to file an
7  opposition to the pending motion to dismiss, will result in a recommendation that this action be
8  dismissed.
9  DATED: January 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rugg2624.46h

2