IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ARTHUR RUGGLES,

    Petitioner,               No. 2:11-cv-2624 KJM KJN P

    vs.

MATTHEW CATE, Director,

    Respondent.           ORDER

_____/

        On October 16, 2012, petitioner's objections to the findings and recommendations and the court's order granting petitioner an extension of time in which to file objections were docketed in the instant action. (Dkt. Nos. 25, 26.) Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's objections (dkt. no. 26) are timely filed; and

        2. Respondent's reply to the objections shall be filed within seven days from the date of this order.

DATED: October 19, 2012

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

rugg2624.rep